## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JASON ALLEN NEFF,

Defendant.

**8:16CR95**

**ORDER**

Defendant Jason Allen Neff appeared before the court on November 14, 2017 on an Amended Petition for Warrant or Summons for Offender Under Supervision [5]. The court will dismiss the Petition for Warrant or Summons for Offender Under Supervision [3] pursuant to the government's oral motion and proceed with the Amended Petition [5].The defendant was granted leave by the court to proceed pro se. The United States was represented by Assistant U.S. Attorney Russell X. Mayer. The defendant waived his right to a probable cause hearing on the Report pursuant to Fed. R. Crim. P. 32.1(a)(1). The government moved for detention. However, the defendant is in state custody. Therefore, the government's oral motion for detention shall be held in abeyance.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Bataillon.

**IT IS ORDERED:**

1.     The Petition for Warrant or Summons for Offender Under Supervision [3] is dismissed on the oral motion of the government.

2.     A final dispositional hearing will be held before Senior Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on November 29, 2017 at 3:00 p.m. Defendant must be present in person.

3.     The government's motion for detention pursuant to the Bail Reform Act is held in abeyance pending the defendant's coming into federal custody.

4.     The U.S. Marshal is authorized to return the defendant to the custody of Missouri state authorities pending the final disposition of this matter and the U.S. Marshal for the District of Nebraska is directed to place a detainer with the correctional officer having custody of the defendant.

Dated this 15th day of November, 2017.

BY THE COURT:


s/ Susan M. Bazis
United States Magistrate Judge